Dated: January 28, 2020

ORDERED.

_Karen S. Jennemann_
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*In re:*  

KEVIN EDWARD HAGGERTY,

    Debtor.

_____/

CASE NO. 6:18-BK-06126-KJ
CHAPTER 7

**ORDER GRANTING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CASE** came for consideration on negative notice on the Motion for Relief from the Automatic Stay (DE 73) filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST on January 2, 2020. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED:**

    1.    The automatic stay arising by reason of 11 U.S.C. 362 is lifted as to Movant, and Movant may complete the action in state court for the foreclosure of its mortgage, including post sale and eviction actions, and short sale or deed in lieu, against the real property legally described as to Movant's interest in the property located 617 Rosegate Lane, Orlando, FL 32835, and legally described as:

LOT 28, LAKE ROSE POINTE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 14, PAGE 69, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

2. The relief granted permits Movant to pursue in rem actions against the property, and not an in personam judgment against the Debtor.

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

4. Bankruptcy fees and costs in the amount of $531.00 are awarded for the prosecution of this Motion for Relief from Stay

Attorney Matthew Klein, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order